IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2007 MAR 26  A 9: 52

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * 2:06cr 169-WHA | |
| DARNELL MONTREZE BROWN | * | |

## DEFENDANT'S MOTION TO EXTENT TIME TO FILE PRETRIAL MOTIONS

COMES NOW, the above named Darnell Montreze Brown, and through counsel moves this Court to extend time to file Pretrial motions and as grounds avers the following;

1. Pretrial motions are due on or before March 29, 2007.
2. Discovery in this case is voluminous.
3. There are sixteen defendants and all discovery is commingled.
4. Counsel needs time to adequately review said discovery.
5. It is counsel's understanding that the A.U.S.A. does not object.

WHEREFORE, Darnell Montreze Brown moves this Court to extend deadlines for filing Pretrial motions in this case.

Respectfully submitted this the 26th day of March, 2007

_____

Pate DeBardeleben, Attorney for Darnell Montreze Brown

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 26th day of March, 2007.

Pate DeBardeleben