IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-169-WKW |
| | ) | |
| DARNELL MONTREZE BROWN | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed April 25, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Chilton County Jail, Clanton, Alabama, commanding it to deliver Darnell Montreze Brown to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on April 26, 2007, at 4:00 pm, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of April, 2007

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE