IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NUMBER: 2:06cr169-10-WKW |
| DARNELL MONTREZE BROWN | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN AND/OR KEEPER OF THE   CHILTON COUNTY JAIL
                                        AT    CLANTON, ALABAMA

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
       OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **DARNELL MONTREZE BROWN**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom 5B of said Court, in the City of Montgomery, Alabama, on **April 26, 2007**, at **4:00 p.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 25th day of April, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk