IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

UNITED STATES OF AMERICA     *

v.     * 2:06cr169-WKW

DARNELL MONTREZE BROWN     *

RECEIVED 2007 APR 30 A 10: 06

## RENEWED MOTION TO WITHDRAW

COMES NOW, the above named Darnell Montreze Brown, and through counsel, moves this Court to allow appointed counsel to withdraw his representation of the defendant. As grounds for said motion, counsel avers the following;

1. Trial is presently set for June 4, 2007.

2. The Defendant was incarcerated in the Chilton County Jail in Clanton, Alabama until being brought to Montgomery for hearing on Motion to Withdraw held on April 26, 2007. Since said hearing counsel has received numerous threatening and concerning telephone calls from the Defendant's family.

3. Counsel has met with the Defendant on two occasions and with defendant's family on two occasions along with reviewing the volumus discovery in this matter.

4. Defendant and his family have no confidence in the abilities of counsel to represent the defendant in this matter. Counsel believes that any further representation of the defendant shall be viewed as ineffective representation.

5. Although the defendant has indicated his desire to retain counsel, it is imperative to appoint alternative counsel as soon as possible to avoid any delays in the case. Counsel has

spoken with the attorney who was scheduled to meet with the mother of the Defendant but she failed to show for said appointment.

WHEREFORE, counsel again moves this Court to allow his withdrawal as counsel for the defendant and to appoint alternative counsel to represent the defendant.

Respectfully submitted this the 30th day of April, 2007.

*/s/ Pate DeBardeleben*

Pate DeBardeleben, Attorney for the defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 30th day of April, 2007.

*/s/ Pate DeBardeleben*

Pate DeBardeleben