IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DARNELL MONTREZE BROWN | ) | |

## **ORDER**

Upon consideration of defendant attorney's renewed[1] motion to withdraw (Doc. # 222), filed April 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED, as discussed in the hearing held on May 9, 2007.  Accordingly, it is

ORDERED that CJA panel attorney Charles E. Vercelli, Jr. is appointed to represent the defendant for all further proceedings.  The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 10th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] In a hearing held on April 26, 2007, the court determined that defendant's attorney's previous motion to withdraw (Doc. # 204), filed April 19, 2007, should be (and hereby is) DENIED.