IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:06cr169-WKW |
| | ) |
| DARNELL MONTREZE BROWN | ) |

### NOTICE OF APPEARANCE FOR DEFENDANT DARNEL MONTREZE BROWN

The undersigned, Charles E. Vercelli, Jr., hereby files this notice of appearance on behalf of Defendant Darnell Montreze Brown. Please forward all pleadings to the attention of the undersigned.

Respectfully submitted this the 14th day of May, 2007.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.

s/ C. E. Vercelli, Jr.
Of Counsel

535-07\Not of Appear CEV.wpd