## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:06cr169-WKW** |
| | ) | |
| **DARNELL MONTREZE BROWN** | ) | |

## MOTION TO PRODUCE DEFENDANT
## FOR PRETRIAL HEARING

Defendant Darnell Montreze Brown, by and through undersigned counsel, moves this Honorable Court to order that Defendant Brown be produced by the United States Marshal for the pretrial hearing on September 28, 2007.

Respectfully submitted this 25th day of September, 2007.


s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.


s/ C. E. Vercelli, Jr.
Of Counsel

535-07\M-Produce D Brown.1.wpd