IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DARNELL MONTREZE BROWN | ) | |

## **ORDER**

Upon consideration of defendant's motion to have defendant present at the pretrial conference (Doc. # 321), filed September 25, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The United States Marshal is DIRECTED to produce the defendant for the pretrial conference September 28, 2007 at 3:00 p.m. in courtroom 5-B.

DONE, this 25th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE