IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:06cr169-WKW |
| | ) |
| DARNELL MONTREZE BROWN | ) |

## DEFENDANT BROWN'S NOTICE OF INTENT TO CHANGE PLEA

Defendant Darnell Montreze Brown hereby notifies the Court and Counsel that he intends to change his plea to guilty at the scheduled change of plea hearing to be held at 3:00 p.m., on October 17, 2007.

Respectfully submitted on this the 16th day of October, 2007.

/s/ C. E. Vercelli, Jr.
CHARLES E. VERCELLI, JR. (ASB-6085-V82C)

OF COUNSEL:
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  334-834-8805
FAX:  334-834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

/s/ C. E. Vercelli, Jr.
Of Counsel

535-07\Not-Intent Change Plea.1.wpd