IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DARNELL MONTREZE BROWN | ) | |

### NOTICE OF FILING LETTER OF REFERENCE

Please take notice that the attached letter of Vivian V. Bolden is submitted for the

Court's consideration prior to sentencing.

Respectfully submitted on this the 18th day of January, 2008.

_/s/_  C. E. Vercelli, Jr.
CHARLES E. VERCELLI, JR. (ASB-6085-V82C)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney.

_/s/_  C. E. Vercelli, Jr.
Of Counsel

535-07\Not-Filing-letter of ref.1..wpd