# VIVIAN B. BOLDEN
P.O. Box 212 · Montevallo, AL  35115
Ph/Fax: 205-665-3650  E-mail: god_servantiam_2@yahoo.com

---

January 15, 2008

TO WHOM IT MAY CONCERN:

My writing to you comes as a Character Witness Letter in regards to Mr. Darnell Montreze *"Pacman"* Brown.

At a very young age, Darnell became a part of my inner circle I consider family, after becoming acquainted with his parents—Mr. Carl and Mrs. Audrey Brown Zeigler.  I have, indirectly, been a person he could vent his concerns.  As an extended parent, my positive coaching/counseling to him would emulate and help incorporate high principals and values same as those of his parents.

Once being as a foster care provider, and having dealt with children with sickness the same as Darnell's, my training and experiences helped eased many challenging episodes he faced. Too, it assisted him in adjusting better with the symptoms of his illness.  Even with Darnell being an adult, my involvement continues.

As a child and even into adulthood, Darnell's activities have been centered around school, church, and computer games.  Computer games became as a "friend" substitute.  Although he is of few words, he is an ambitious, gifted, and challenging young man.  As many of us in society, he has definitely learned a valuable lesson and experienced the damaging cost and affects of having mingled with bad association.

Since Darnell's incarceration, a productive growth process has taken place: the system actually became therapy for him and his mother.  Both have, through the years, been involved in a tug-of-war battle with the hardships, challenges, and maturity.  His parents portray a **"DIE-HARD"** love for all of their children.  Evidence reveals their persistence in whatever it takes to provide, comfort, educate, protect, guide, and secure Darnell to a more hopeful and promising future.  That is the kind of compassion Darnell's parents demonstrate—not only for their family, loved ones, but for their community and surrounded communities, even to families with loved ones in prison.

The first sign evident of a change in Darnell is that he is remorseful about his bad decisions and involvement which led him to incarceration. After several months, he began to actually comprehend the turmoil he had taken his loved ones through not just since his incarceration, but the majority of his life.  He wrote heart-felt letters to those he hurt asking for forgiveness. He started with his immediate family—his mother, father, sister, and brother—and ended with relatives and selective school mates.

Now there appears to be peace within. He exhibits a strengthened Faith and belief in himself. Because of what he has gone through the years, it has brought him to make connection with his upbringing as well as some of the things I have taught him.  His self-esteem is higher.  He portrays that he is able now to handle opposition in a more mature and productive manner.

TO WHOM IT MAY CONCERN
RE: Darnell Montreze "Pacman" Brown
Page 2: Character Witness Letter 1/15/08

Through the years, with he being diagnosed with ADHD (*Attention Deficit Hyperactive Disorder*), he says he now understands that the condition he wrestled with from childhood, added in his being more subjective to fall in the rut of difficulty in maintaining a job; problems with following leadership authority with parents and school officials. This diagnosis is not being used as an excuse, but it shows that most every individual handle this complaint differently. Since his incarceration, proven change of attitude and character is revealed in his disciplinary record that he has been free of insubordination in any way.

Although upon his release, he will be residing with his father, mother, and brother, his strong desire is to create a living establishment of his own. That sounds promising.

Darnell's tentative goals are:
1. To continue employment effort
2. He chooses to be responsible MAN with accomplishments at his age.
3. He wants to pursue a constructive career with either college or military. *He has always had the strong desire for military.*

After speaking with some of Darnell's advocates through the years: cousins and his parents, we all agree to assist in his every positive endeavor. We will strongly be there for him, as we always have done. I cannot conclude without saying that I am very **PROUD** of Darnell. It is so rejoicing to not only hear but witness him being an overcomer, since his incarceration. Corrections can be applauded for being instrumental in building FAMILY and meeting its needs. One way or another, *Corrections is working*.

My plea is that you allow Darnell and his family to be a *character witness* of how your system, through prayer and application, aids in cementing broken families and torn communities.

In advance, thank you for his release.

Sincerely,

*Vivian B. Bolden*

Vivian B. Bolden