245B   (Rev. 06/05) Judgment in Criminal Case
       Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

**DEFENDANT:** DARNELL MONTREZE BROWN
**CASE NUMBER:** 2:06cr169-010-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

13 Months

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

RETURNED AND FILED

X The defendant is remanded to the custody of the United States Marshal.

MAY 5 2008

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __4-22-08__ to __FCC Forrest City Low__
at __Forrest City AR__, with a certified copy of this judgment.

T. C. Outlaw, Warden
~~UNITED STATES MARSHAL~~

By __Brown L/E__
~~DEPUTY UNITED STATES MARSHAL~~